FORD *v.* ATTORNEY GENERAL OF
PENNSYLVANIA ET AL.

No. 255.   Decided October 10, 1960.

*Jacob Kossman* for appellant.

*Anne X. Alpern,* Attorney General of Pennsylvania, and *Frank P. Lawley, Jr.,* Deputy Attorney General, for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

VAUGHN *v.* OHIO.

No. 24, Misc.   Decided October 10, 1960.

Appellant *pro se.*

*C. Watson Hover* and *Harry C. Schoettmer* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.